NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

─────────────────────

**DATATREASURY CORPORATION,**
*Appellant*

v.

**FISERV, INC.,**
*Appellee*

─────────────────────

2016-1229, -1230

─────────────────────

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00087 and CBM2014-00088.

-------------------------------------------------------------------------------

**DATATREASURY CORPORATION,**
*Appellant*

v.

**FIDELITY NATIONAL INFORMATION SERVICES, INC.,**
*Appellee*

─────────────────────

2016-1046, -1048

─────────────────────

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00020 and CBM2014-00021.

-------------------------------------------------------------------------------

**DATATREASURY CORPORATION,**
*Appellant*

**v.**

**JACK HENRY AND ASSOCIATES, INC.,**
*Appellee*

―――――――――――

2016-1050, -1052

―――――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00056 and CBM2014-00057.

―――――――――――

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate 2016-1229 and 2016-1230, and thus one set of briefs should be filed for those two appeals.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2016-1229 and 2016-1230 are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than January 19, 2016.

(2) The three sets of appeals in the above captions shall shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32